1  Fred W. Schwinn (SBN 225575)
   fred.schwinn@sjconsumerlaw.com
2  Jovanna R. Longo (SBN 251491)
   jovanna.longo@sjconsumerlaw.com
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
4  San Jose, California 95113-2418
   Telephone Number: (408) 294-6100
5  Facsimile Number: (408) 294-6190

6  Attorneys for Plaintiff
   GRAHAM TOEWS

FILED

2008 JUN -6  P 1:50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

C08  02828  RS

| | |
|---|---|
| GRAHAM TOEWS,<br><br>        Plaintiff,<br><br>v.<br><br>COLLECTCORP CORPORATION., a<br>Delaware corporation,<br><br>        Defendant. | Case No. _____<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>15 United States Code § 1692 *et seq.*<br>California Civil Code § 1788 *et seq.* |

Plaintiff, GRAHAM TOEWS (hereinafter "Plaintiff"), based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1.      This is an action for statutory damages, attorney fees and costs brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

2.      According to 15 U.S.C. § 1692:

    a.  There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices

contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

b. Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

c. Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

d. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

e. It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

4. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## III. VENUE

5. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

## IV. INTRADISTRICT ASSIGNMENT

6. This lawsuit should be assigned to the San Jose Division of this Court because

a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

## V. PARTIES

7. Plaintiff, GRAHAM TOEWS (hereinafter "Plaintiff"), is a natural person residing in Santa Clara County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

8. Defendant, COLLECTCORP CORPORATION (hereinafter "Defendant"), is a Delaware corporation engaged in the business of collecting debts in this state with its principal place of business located at: 455 North 3rd Street, Suite 260, Phoenix, Arizona 85004. Defendant may be served at the address of its Agent for Service of Process: CollectCorp Corporation, c/o CT Corporation System, 818 West Seventh Street, Los Angeles, California 90017. The principal purpose of Defendant is the collection of debts using the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another. Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

## VI. FACTUAL ALLEGATIONS

9. On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred a financial obligation, namely a credit card issued by Bank of America and bearing account number XXXX-XXXX-XXXX-6429 (hereinafter "the alleged debt"). The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

10. Sometime thereafter on a date unknown to Plaintiff, the alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

11. Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

12. A true and accurate copy of the collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

13. The collection letter (Exhibit "1") is dated August 9, 2007.

14. The collection letter (Exhibit "1") was Defendant's first written notice initially addressed to Plaintiff in connection with collecting the alleged debt.

15. On or about September 10, 2007, Plaintiff mailed a letter to Defendant which stated: "please be advised that I dispute this debt and refuse to pay."

16. A true and accurate copy of Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

17. Defendant received Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "2") on or about September 13, 2007.

18. A true and accurate copy of the USPS Tracking Report and Certified Mail Return Receipt evidencing Defendant's receipt of Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "2") is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

19. After receiving Plaintiff's letter notifying Defendant of his refusal to pay the alleged debt (Exhibit "2"), Defendant continued its collection efforts against Plaintiff.

20. On or about September 17, 2007, Defendant recorded the following automated message on the Plaintiff's answering machine:

> Hello Hello Hello. This is a call for Graham Toews regarding a personal business matter. Please contact our office at 1-877-766-7794 quoting your reference number 72430997 and speak to one of our analysts to discuss the options available to you at this time. Our hours of operation are 8am to 10pm Monday through Friday. Thank you, and we look forward to your call.

21. Defendant's answering machine message was a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

22. Defendant failed to disclose Defendant's identity and the nature of Defendant's business in the answering machine message, in violation of 15 U.S.C. § 1692d(6) and Cal. Civil Code § 1788.11(b). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1112 & 1118 (C.D. CA 2005).

23. Defendant failed to disclose that the answering machine message was a communication from a debt collector, in violation of 15 U.S.C. § 1692e(11). See *Hosseinzadeh*

-4-
COMPLAINT

*v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1116 (C.D. CA 2005); *Foti v. NCO Financial Systems, Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

## VII. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiff brings the first claim for relief against Defendant under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

25. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

26. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

27. Defendant, COLLECTCORP CORPORATION, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

28. The financial obligation allegedly owed by the Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

29. Defendant's answering machine message described above violates the FDCPA. The violations include, but are not limited to, the following:

   a. Defendant failed to disclose Defendant's identity and the nature of Defendant's business, in violation of 15 U.S.C. § 1692d(6);

   b. Defendant failed to disclose that the communications were from a debt collector, in violation of 15 U.S.C. § 1692e(11).

30. Defendant has further violated the FDCPA in the following respects:

   a. Defendant continued its collection efforts against the Plaintiff after receiving a written notification that the Plaintiff refused to pay the debt being collected, in violation of 15 U.S.C. § 1692c(c).

31. Defendant's acts as described above were done intentionally with the purpose of coercing the Plaintiff to pay the alleged debt.

32. As a result of the Defendant's violations of the FDCPA, the Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C.

§ 1692k.

## ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

33. Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

34. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

35. Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

36. Defendant, COLLECTCORP CORPORATION, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

37. The financial obligation allegedly owed by the Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

38. Defendant's answering machine message described above violates the RFDCPA. The violations include, but are not limited to, the following:

    a. Defendant failed to disclose Defendant's identity and the nature of Defendant's business, in violation of 15 U.S.C. § 1692d(6), as incorporated by Cal. Civil Code § 1788.17 and Cal. Civil Code § 1788.11(b);

    b. Defendant failed to disclose that the communications were from a debt collector, in violation of 15 U.S.C. § 1692e(11), as incorporated by Cal. Civil Code § 1788.17.

39. Defendant has further violated the RFDCPA in the following respects:

    a. Defendant continued its collection efforts against the Plaintiff after receiving a written notification that the Plaintiff refused to pay the debt being collected, in violation of 15 U.S.C. § 1692c(c), as incorporated by Cal. Civil Code § 1788.17.

40. Defendant's acts as described above were done willfully and knowingly with the purpose of coercing the Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code

1  § 1788.30(b).

2      41.    As a result of the Defendant's willful and knowing violations of the RFDCPA, the Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

6      42.    As a result of the Defendant's violations of the RFDCPA, the Plaintiff is entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17.

9      43.    As a result of the Defendant's violations of the RFDCPA the Plaintiff is entitled to an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and 15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

12      44.    Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that the Plaintiff may have under any other provision of law.

## VIII. REQUEST FOR RELIEF

The Plaintiff requests that this Court:

a. Assume jurisdiction in this proceeding;

b. Declare that Defendant's answering machine message violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692d(6) and 1692e(11);

c. Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c);

d. Declare that Defendant's answering machine message violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code §§ 1788.11(b) and 1788.17;

e. Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.17;

f. Award the Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

g. Award the Plaintiff a statutory penalty in an amount not less than $100 nor greater

than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

h. Award the Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code §1788.17;

i. Award the Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

j. Award the Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Jovanna R. Longo
Jovanna R. Longo, Esq.
Attorney for Plaintiff
GRAHAM TOEWS

### CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, GRAHAM TOEWS, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

P.O. Box 100789
Birmingham, AL 35210-0789

03924

**COLLECTCORP**
800-678-3052

71-072430997UA080907

Our hours of operation are
Mon - Thu 8:00am to 11:00pm EST
Fri, 8:00am to 5:00pm and Sat 8:00am to 2:00pm EST

16 - 10591-09
Graham Toews
Apt 202
893 Lenzen Ave
San Jose, CA 95126-2745

Date: August 09, 2007
Reference #: BAM 71-072430997
Client Name: Bank Of America - Primary I
Ap87
Account #: 4888937994426429
Amount Owing: $4,341.76

Dear Sir/Mme.,

Your account has been placed with Collectcorp Corporation, a collection agency. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Should you have any questions concerning your payment or your account, please telephone our office. Please make sure that your payment clearly identifies your name and that of your creditor so that payment can be properly applied to your account. All payments mailed to this office should be payable to Collectcorp Corporation.

MR. FITZGIBBON
(866) 541-7282

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Please Detach and Return This Portion with Payment

Graham Toews
Apt 202
893 Lenzen Ave
San Jose, CA 95126-2745




Pre-Authorized — Auto Pay [ ]
Routing No. _____
Name of Bank _____
Check No. _____
Account No. _____
Name of Account Holder _____
Signature _____
Payment Amount $ _____

COLLECTCORP CORPORATION
455 North 3rd Street, Suite 260
Phoenix, AZ 85004-3924

Reference #: BAM 71-072430997
Company: Collectcorp Corporation (Loc. 71)

By mailing your check you authorize Collectcorp to debit your account, one time for the amount of the check, via an electronic funds transfer (EFT). Funds may be withdrawn from your account as soon as the same day payment is received. In the event your check is returned unpaid for insufficient or uncollected funds, we may re-present your check. Your check will not be returned by your financial institution.

UA0304





# REFUSE TO PAY LETTER

CollectCorp Corporation
<sub>Collection Agency's Name</sub>

455 North 3rd Street, Suite 260
<sub>Collection Agency's Address</sub>

Phoenix, AZ 85004-3924

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

9/10/07
<sub>Today's Date</sub>

7007 0710 0001 0498 7698
<sub>Tracking Number</sub>

Re: Account No. BAM 71-072430997

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

_[signature]_
<sub>Sign your name here</sub>

Graham Toews
<sub>Print your name here</sub>

893 Lenzen Av #202
<sub>Print your address here</sub>

San Jose, CA 95126

**U.S. Postal Service**
**CERTIFIED MAIL₁₀ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com₀

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0012 |
| Certified Fee | | $2.65 | 07 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.21 | 09/11/2007 |

Sent To: CollectCorp Corporation
Street, Apt. No.; or PO Box No. 893 455 North 3rd Street
City, State, ZIP+4 Suite 260 Phoenix, AZ 85004-3924

PS Form 3800, August 2006          See Reverse for Instructions

EXHIBIT 2

P.O. Box ~~~~~~
Birmingham, AL 35210-0789

03924

71-072430997UA080907



# COLLECTCORP

800-678-3052
Our hours of operation are
Mon - Thu 8:00am to 11:00pm EST
Fri, 8:00am to 5:00pm and Sat 8:00am to 2:00pm EST

16 - 10591-09
Graham Toews
Apt 202
893 Lenzen Ave
San Jose, CA 95126-2745

Date: August 09, 2007
Reference #: BAM 71-072430997
Client Name: Bank Of America - Primary I
Ap87
Account #: 4888937994426429
Amount Owing: $4,341.76

Dear Sir/Mme.,

Your account has been placed with Collectcorp Corporation, a collection agency. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Should you have any questions concerning your payment or your account, please telephone our office. Please make sure that your payment clearly identifies your name and that of your creditor so that payment can be properly applied to your account. All payments mailed to this office should be payable to Collectcorp Corporation.

MR. FITZGIBBON
(866) 541-7282

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Please Detach and Return This Portion with Payment

Graham Toews
Apt 202
893 Lenzen Ave
San Jose, CA 95126-2745



Pre-Authorized — Auto Pay [ ]
Routing No. _____
Name of Bank _____
Check No. _____
Account No. _____
Name of Account Holder _____
Signature _____
Payment Amount $ _____

COLLECTCORP CORPORATION
455 North 3rd Street, Suite 260
Phoenix, AZ 85004-3924

Reference #: BAM 71-072430997
Company: Collectcorp Corporation (Loc. 71)

By mailing your check you authorize Collectcorp to debit your account, one time for the amount of the check, via an electronic funds transfer (EFT). Funds may be withdrawn from your account as soon as the same day payment is received. In the event your check is returned unpaid for insufficient or uncollected funds, we may re-present your check. Your check will not be returned by your financial institution.

UA0304



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7007 0710 0001 0498 7698
Status: Delivered

Your item was delivered at 11:53 am on September 13, 2007 in PHOENIX, AZ 85004. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _C Mills_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): C Mills    Date of Delivery: 9/13/07 |
| 1. Article Addressed to:<br><br>Collectcorp Corporation<br>455 North 3rd Street<br>Suite 260 Phoenix, AZ<br>85004-3924 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0001 0498 7698 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



EXHIBIT 3

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
GRAHAM TOEWS

## DEFENDANTS
COLLECTCORP CORPORATION

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

E-FILING

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100

ADR

Attorneys (If Known)

C08 02828 RS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury— Med. Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | PERSONAL PROPERTY | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | 370 Other Fraud | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 345 Marine Product Liability | 371 Truth in Lending | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 350 Motor Vehicle | 380 Other Personal Property Damage | 660 Occupational Safety/Health | 840 Trademark | [X] 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 360 Other Personal Injury | | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | | | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 791 Empl. Ret. Inc. Security Act | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights | 555 Prison Condition | 463 Habeas Corpus – Alien Detainee | | |
| | | | 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Fair Debt Collection Practices Act, 15 U.S.C. sec 1692 et seq.
Brief description of cause:
Unlawful debt collection practices.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE May 30, 2008

SIGNATURE OF ATTORNEY OF RECORD
Joanna Longo