# UNITED STATES DISTRICT COURT
for the

Northern District of California



| | |
|---|---|
| GRAHAM TOEWS <br> Plaintiff <br> v. <br> COLLECTCORP CORPORATION <br> Defendant | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) **C08 02828** |

**Summons in a Civil Action**

To: COLLECTCORP CORPORATION
*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jovanna Longo, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  JUN 0 6 2008

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| | | |
|---|---|---|
| 1 | Fred W Schwinn, Bar No: 225575 | (408) 294-6100 |
| 2 | CONSUMER LAW CENTER | |
| | 12 S 1ST ST STE 1014 | |
| 3 | SAN JOSE, CA 95113-2403 | |
| 4 | Representing: Plaintiff | File No.none |

United States District Court

Northern District of California

Graham Toews

        Plaintiff/Petitioner

        vs

CollectCorp Corporation

        Defendant/Respondent

Case No: 5:08-cv-02828-RS

Proof of Service of:
Summons In A Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re: Initial Case Management; Contents of Joint Case Management Statement; Standing Order Regarding Case Management In Civil Cases; Notice of Assignment

Service on:
CollectCorp Corporation

Hearing Date:
Hearing Time:
Div/Dept:

BY FAX

PROOF OF SERVICE

FF# 6664148

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Fred W Schwinn, 225575 <br> CONSUMER LAW CENTER <br> 12 S 1ST ST STE 1014 <br> SAN JOSE, CA 95113-2403 <br> TELEPHONE NO.: (408) 294-6100 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Graham Toews <br> DEFENDANT/RESPONDENT: CollectCorp Corporation | CASE NUMBER: <br> 5:08-cv-02828-RS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re: Initial Case Management; Contents of Joint Case Management Statement; Stan Order Regarding Case Management In Civil Cases; Notice of Assignment of Case To A United States Magistr Judge; Consent to Proceed Before A United States Magistrate Judge; Declination To Proceed Before A

3. a. Party served: CollectCorp Corporation

   b. Person Served: CT Corporation - Juan De Pablo - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 6/9/2008       (2) at (time): 2:40 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   CollectCorp Corporation

   under:       CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:          Jimmy Lizama
   b. Address:       One Legal - 194-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 6/10/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                (SIGNATURE)

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                          **PROOF OF SERVICE OF SUMMONS**                   Code of Civil Procedure, § 417.10

FF# 6664148

# ONE LEGAL LLC
## CONFIRMATION For Service of Process



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6664148 | Date: | 6/10/2008 |
|---|---|---|---|

Customer: CONSUMER LAW CENTER
Customer No.: 0055054
Address: 12 S 1ST ST STE 1014
SAN JOSE, CA 95113-2403

Attorney: Fred W Schwinn
Attorney e-mail: fred.schwinn@sjconsumerlaw.com
Contact: Fred W Schwinn
Contact e-mail: fred.schwinn@sjconsumerlaw.com
Contact Phone: (408) 294-6100 Ext 111
Contact Fax: (408) 294-6190
Law Firm File Number: none

### Case Information:

Case Number: 5:08-cv-02828-RS
County: SANTA CLARA
Court: Northern District of California
Case Short Title: Graham Toews vs. CollectCorp Corporation

**Documents Received:**  No. Docs: 16  No. Pgs: 59

Summons In A Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re: Initial Case Management; Contents of Joint Case Management Statement; Standing Order Regarding Case Management In Civil Cases; Notice of Assignment of Case To A United States Magistrate Judge; Consent to Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge and Request for Reassignment To A United States District Judge; ADR Package

Party to Serve: CollectCorp Corporation    Service address: 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 14.95 |
| | Check No. | Total: 14.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.