1  Andrea D. McGary, SBN 215703
   THE McGARY FIRM
2  Attorneys At Law
   505 Montgomery Street, 11th FL
3  San Francisco, CA 94111
   Telephone:  (415) 874-3500
4  Facsimile:  (877) 243-9183

FILED

2008 JUL -1  A 9: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Attorneys for Defendant
COLLECTCORP CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE BRANCH

| | |
|---|---|
| GRAHAM TOEWS,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLECTCORP CORPORATION, a Delaware corporation<br><br>    Defendant. | Case No. C 08-02828 RS<br><br>CERTIFICATE OF SERVICE RE ANSWER TO COMPLAINT |

**BY FAX**

## CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 505 Montgomery Street, 11TH Floor, San Francisco, CA 94111. On July 1, 2008, I served the within documents:

*Answer To Complaint*

☑  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

Jovanna Renee Longo, Esq.
Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suit 1014
San Jose, CA 95113-2418

**Attorneys for Plaintiff Graham Toews**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 1, 2008 at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_____
Andrea D. McGary

---

2

CERTIFICATE OF SERVICE RE ANSWER TO COMPLAINT