Andrea D. McGary, SBN 215703
THE McGARY FIRM
Attorneys At Law
505 Montgomery Street, 11th FL
San Francisco, CA 94111
Telephone: (415) 874-3500
Facsimile: (877) 243-9183

Attorneys for Defendant
COLLECTCORP CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| GRAHAM TOEWS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COLLECTCORP CORPORATION, a Delaware corporation<br><br>　　　　　Defendant. | Case No. C 08-02828 RS<br><br>CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the Unites States Court of Appeals for the Ninth Circuit.

Dated: July 9, 2008　　　　　　　　　　　　The McGary Firm


By:　　　/s/
　　　Andrea D. McGary

Attorneys for Defendant
COLLECTCORP CORPORATION

DEFENDANT'S CONSENT TO PROCEED BEFORE MAGISTRATE