1  Fred W. Schwinn (SBN 225575)
   fred.schwinn@sjconsumerlaw.com
2  Jovanna R. Longo (SBN 251491)
   jovanna.longo@sjconsumerlaw.com
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
4  San Jose, California  95113-2418
   Telephone Number: (408) 294-6100
5  Facsimile Number: (408) 294-6190

6  Attorney for Plaintiff
   GRAHAM TOEWS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| GRAHAM TOEWS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COLLECTCORP CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendants. | Case No.  C08-02828-RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party in the above-caption civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeals from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated: July 10, 2008　　　　　　　　　　　By: /s/ Jovanna R. Longo
　　　　　　　　　　　　　　　　　　　　　　　　　Jovanna R. Longo, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　GRAHAM TOEWS