Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014         *E-FILED 9/11/08*
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
GRAHAM TOEWS

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| GRAHAM TOEWS, | Case No. C08-02828-RS |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| COLLECTCORP CORPORATION, a Delaware corporation, | Fed. R. Civ. P. 41(a)(1) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, GRAHAM TOEWS, and Defendant, COLLECTCORP CORPORATION, stipulate, and the Court hereby orders, as follows:

1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, GRAHAM TOEWS, against Defendant, COLLECTCORP CORPORATION, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  September 3, 2008          /s/ Fred W. Schwinn
                                   Fred W. Schwinn, Esq.
                                   Attorney for Plaintiff
                                   GRAHAM TOEWS


Dated:  September 3, 2008          /s/ Andrea D. McGary
                                   Andrea D. McGary, Esq.
                                   Attorney for Defendant
                                   COLLECTCORP CORPORATION

- 1 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                     Case No. C08-02828-RS

1  THE FOREGOING STIPULATION
2  IS APPROVED AND IS SO ORDERED.

3  Dated: 9/11/08

4  _____
   The Honorable Richard Seeborg
   Judge of the District Court